# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| POWERCOMM, LLC,                               )<br>    Plaintiff(s)                                   )<br>                                                              )<br>               v.                                   )<br>                                                              )<br>HOLYOKE GAS & ELECTRIC DEPT.,      )<br>ET AL.,                                                   )<br>    Defendant(s)                                )  | CIVIL ACTION NO. 3:09-cv-30109 -MAP |

## JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

**[ ]  Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**[X]  Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS  ORDERED AND ADJUDGED**

**JUDGMENT** entered for the defendants Holyoke Gas & Electric Dept., et al., against the plaintiff PowerComm, LLC, pursuant to the court's memorandum and order entered this date, granting the defendant's motion for summary judgment.

                                            **SARAH A. THORNTON**,
                                            CLERK OF COURT

Dated: October 19, 2010                              By /s/ *Maurice G. Lindsay*
                                                    Maurice G. Lindsay
                                                    Deputy Clerk